IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 98-720-JJF |
| ) | |
| BO-WIN ENTERPRISES, INC. ) | |
| ) | |
| Defendant. ) | |

## RELEASE OF LIEN AS TO PARTICULAR PROPERTY

Plaintiff, United States of America, through its undersigned counsel, Colm F. Connolly, United States Attorney for the District of Delaware, and Patricia C. Hannigan, Assistant U.S. Attorney for the District of Delaware, does hereby release and relinquish the lien of that certain Final Judgment in the amount of $309,325.83, plus interest, entered by the United States District Court of the District of Delaware on June 29, 2000, under its Docket No.: 98-720-JJF, against Defendant, Bo-Win Enterprises, Inc. ("Bo-Win"), a copy of which is attached hereto as Exhibit "A." Said judgment was duly recorded on September 13, 2000, in the Sussex County, Delaware Recorder of Deeds Office in Book 03478, Page 323, as to that 5.73 acres of certain real property owned by Bo-Win, located between a railroad spur to the west, the Township Building for the Town of Blades to the north, River Road to the south and east, and Market Street to the east, in Blades, Sussex County, Delaware.

This Release of Lien As To Particular Property is being executed pursuant to a Settlement Agreement entered into between counsel for the United States of America, and The Putnam Group, LLC, and its assigns.

This Release of Lien As To Particular Property shall not otherwise be deemed to in any way constitute a release or satisfaction of the reference Judgment as to any other property Bo-Win owns.

                      COLM F. CONNOLLY
                      United States Attorney

By:   /s/Patricia C. Hannigan
      Patricia C. Hannigan
      Assistant United States Attorney
      Delaware Bar I.D. No. 2145
      The Nemours Building
      1007 Orange Street, Suite 700
      P. O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277
      Patricia.Hannigan@usdoj.gov

# Exhibit A

28309                                   B03478 P323

## ABSTRACT OF JUDGMENT
### NOTICE

Pursuant to Title 28, United States Code, Section 3201, this judgment, upon the filing of this abstract in the manner in which a notice of tax lien would be filed under paragraphs (1) and (2) of 26 U.S.C. § 6323(f), creates a lien on all real property of the defendants(s) and has priority over all other liens or encumbrances which are perfected later in time. The lien created by this section is effective, unless satisfied, for a period of 20 years and may be renewed by filing a notice of renewal. If such notice of renewal is filed before the expiration of the 20 year period to prevent the expiration of the lien and the court approves the renewal, the lien shall relate back to the date the judgment is filed.

| Names and Addresses of Parties against whom judgments have been obtained | Names of Parties in whose favor judgments have been obtained | |
|---|---|---|
| NAME: BO-WIN ENTERPRISES, INC.<br>HAROLD S. WINGATE, SR<br>ADDRESS: 520 N. BEDFORD STREET<br>GEORGETOWN, DE 19947<br>SSN: 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 | UNITED STATES OF AMERICA | |
| Amount of Judgment | PREPARED BY AND<br>Names of Creditors' Attorneys | When Docketed<br>June 29, 2000 |
| Principal: $309,325.83<br>plus interest at the rate of<br>6.375 % accruing daily and<br>compounded annually, plus<br>costs and fees | PATRICIA HANNIGAN<br>Assistant U.S. Attorney<br>District of Delaware<br>1201 Market Street, Suite 1100<br>Post Office Box 2046<br>Wilmington, DE 19899<br>Attn: Financial Litigation Unit | Civil Action No.<br><br>98-720-JJF |

UNITED STATES OF AMERICA, CLERK'S OFFICE, U.S. DISTRICT COURT FOR THE
DISTRICT OF DELAWARE

I CERTIFY that the foregoing is a correct Abstract of the Judgment entered or registered by this Court.

Dated: __August 28__, __2000__

__PETER T. DALLEO_____, Clerk.

By: __Maria D. Moore_____ Deputy Clerk.

RECORDER OF DEEDS
RICHARD H. BELL, II

00 SEP 13 AM 9:39

SUSSEX COUNTY
DOC. SURCHARGE PAID